No. 66514.—Globe Shipping Co., Inc. v. United States, protest 60/29256 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of manryo fishing nets similar in all material respects to those involved in Abstract 63947, the claim of the plaintiff was sustained.

No. 66515.—D. Hauser, Inc. v. United States, protest 59/10925 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiff was sustained.

No. 66516.—Morris Friedman v. United States, protest 61/4729 (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nonelectric dry shavers similar in all material respects to those the subject of Abstract 63302, the claim of the plaintiff was sustained.